IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

Plaintiff,

v.

HARVEY JACKSON,

Defendant.                                                        No. 06-CR-30136-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Jackson's motion to be released on bond pending sentencing (Doc. 8). On November 17, 2006, Jackson plead guilty to Counts 1, 2 and 3 of the Information (Doc. 3). During the hearing, Jackson orally moved to be released on bond pending sentence which the Court denied and remanded Jackson to the custody of the United States Marshal pending sentencing. Despite the Court's ruling, the Court allowed Jackson leave to supplement his oral motion. Jackson did so on December 11, 2006 (Doc. 8). After reviewing the pleading, the Court finds no reason to change its initial decision denying Jackson's motion to released on bond pending sentencing. Based on the reasons stated on the record during the November 17, 2006 hearing, the Court **DENIES** Jackson's motion to be released on bond pending sentencing (Doc. 8).

**IT IS SO ORDERED.**

Signed this 21st day of December, 2006.

/s/      David   RHerndon
**United States District Judge**