IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

**Plaintiff,**

v.

**HARVEY JACKSON,**

**Defendant.**                             No. 06-CR-30136-DRH

<u>**ORDER**</u>

**HERNDON, District Judge:**

On December 20, 2006, the Court received a letter from Jackson which the Court construes as a motion to withdraw attorney Ethan Skaggs as his retained counsel (Doc. 10).  Said motion is **GRANTED**.  The Court notes that on December 5, 2006, attorneys Scott Rosenblum and Adam Fein filed their notices of appearance on behalf of Jackson (Docs. 6 & 7).

**IT IS SO ORDERED.**

Signed this 22nd day of December, 2006.

                                             /s/      David    RHerndon
                                             United States District Judge