IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**HARVEY JACKSON,**

**Defendant.**                                                                 No. 06-CR-30136-DRH

## ORDER

**HERNDON, District Judge:**

      Pending before the Court is Defendant's motion to continue sentencing (Doc. 15). Said motion is **GRANTED**. The Court continues the sentencing set for February 23, 2007 to June 8, 2007. Further, the Court **GRANTS** Defendant's motion for extension of time to file objections to the Presentence Report (Doc. 17). The Court **ALLOWS** Defendant up to and including March 1, 2007 to file objections.

      **IT IS SO ORDERED.**

      Signed this 7th day of February, 2007.

                                                      /s/      David  RHerndon
                                                      United States District Judge