IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**HARVEY JACKSON,**

**Defendant.**                                                            **No. 06-CR-30136-DRH**

### ORDER

**HERNDON, District Judge:**

On March 5, 2007, the Court received the same letter twice from Harvey Jackson. Jackson is presently represented by Mr. N. Scott Rosenblum. The letters concern the subject of his desire to attempt to withdraw his guilty plea and his objections to the Pre-Sentence Report. Because Jackson is represented by counsel, the Court will not file the letters. The Seventh Circuit has held that "A district court is entitled to insist that a represented party file papers only through counsel." ***Johnson v. United States*, 196 F.3d 802, 805 (7th Cir. 1999)**. Therefore, the Court insists that Jackson only file pleadings through his attorney. Further, the Court notes that Jackson, through Mr. Rosenblum, filed objections to the Pre-Sentence Report on March 1, 2007 (Doc. 19).

**IT IS SO ORDERED.**

Signed this 7th day of March, 2007.

/s/     David   RHerndon
United States District Judge