IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

**Plaintiff,**

v.

**HARVEY JACKSON,**

**Defendant.**                                                                 No. 06-CR-30136-DRH

### ORDER

**HERNDON, District Judge:**

On April 23, 2007, the Court received another letter from Harvey Jackson.[1] Jackson is presently represented by Mr. N. Scott Rosenblum. Because Jackson is represented by counsel, the Court will not file the letter. The Seventh Circuit has held that "A district court is entitled to insist that a represented party file papers only through counsel." ***Johnson v. United States*, 196 F.3d 802, 805 (7th Cir. 1999)**. Again, the Court **ADMONISHES** Jackson that he only file pleadings through his attorney and that he not contact the Court through letters.

**IT IS SO ORDERED.**

Signed this 25th day of April, 2007.

/s/     David RHerndon
United States District Judge

---

[1] On March 5, 2007, the Court received the same letter twice from Jackson. In response to Jackson's letters, the Court entered an Order on March 7, 2007 insisting that he only file pleadings through his attorney (Doc. 20).